# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE No. 1:19-cr-00083 |
| | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| JEREMMY TRILLO-GELPI, | : | |
| | : | |
| Defendant. | : | |

## ORDER
April 27, 2020

For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS ORDERED** that defendant Trillo-Gelpi's motion for reconsideration of detention order (*doc. 148*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge